UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-22701-CIV-ALTMAN/Reid

**RAMIRO ORTA**,

    *Plaintiff*,

*v.*

**CALIBURN INTERNATIONAL, LLC**,

    *Defendant*.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

    The Parties filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 41] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. This case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida, this 3rd day of August 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record